UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-cr-73-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TROY LAMONT POWELL | |

This matter having come before the Court by the Defendant's motion for a court order allowing defense counsel to conduct video conferencing as necessary with Defendant, who is located at the Western Tidewater Regional Jail in Suffolk, VA. For good cause shown, the motion is GRANTED.

The Court's technology staff shall work with the staff at the Western Tidewater Regional Jail to facilitate video conferences as necessary between Defendant and their counsel.

This 7 day of December, 2020.

JAMES C. DEVER III
United States District Judge