UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-cr-73-D-1

UNITED STATES OF AMERICA

v.

TROY LAMONT POWELL

ORDER

This matter having come before the Court by counsel for the Defendant's motion to seal the pending proposed sealed document, DE 105, and for good cause shown, the motion is GRANTED. It is hereby ordered that DE 105 remained sealed.

This **20** day of July, 2021.

JAMES C. DEVER III
United States District Judge